United States Magistrate Court
Southern District of Texas
FILED

DEC 21 2005

AAF
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

DEC 2 3 2005

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. L-05-2423 |
| MELINDA GOMEZ VARGAS | * | |

## ORDER

On this day came to be considered defendant's Motion to Amend Her Conditions of Bond. After due consideration, it is the opinion of this Court that the same should be:

**GRANTED** / DENIED.

IT IS THEREFORE ORDERED THAT Defendant's Conditions of Bond be:

a $100,000.00 bond, with a $2,000.00 security deposit and a signature from a qualified person, along with the additional bond conditions as set out by Pretrial Services.

Signed this 21 day of Dec, 2005.

_____
JUDGE PRESIDING